Fill in this information to identify the case:

Debtor 1: Odessa A. Glass
Debtor 2: _____
(Spouse, if filing)
United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA (Birmingham)
Case number: 18-04772

**Official Form 410S2**
# Amended Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Wells Fargo Bank, N.A.

**Last 4 digits** of any number you use to identify the debtor's account: 7608

**Court claim no.** (if known): 3

**Uniform Claim Identifier:** WFCMGE1804772ALN86827608

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☐ No
☑ Yes. Date of the last notice  01/23/2019

## Part 1: Itemized Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | Amount |
|---|---|---|
| 1. Late charges |  | (1) $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | 01/14/2019 | (2) $ 30.00 |
| 3. Attorney fees |  | (3) $ 0.00 |
| 4. Filing fees and court costs |  | (4) $ 0.00 |
| 5. Bankruptcy/Proof of claim fees |  | (5) $ 0.00 |
| 6. Appraisal/Broker's price opinion fees |  | (6) $ 0.00 |
| 7. Property inspection fees |  | (7) $ 0.00 |
| 8. Tax advances (non-escrow) |  | (8) $ 0.00 |
| 9. Insurance advances (non-escrow) |  | (9) $ 0.00 |
| 10. Property preservation expenses. Specify: |  | (10) $ 0.00 |
| 11. Other. Specify: |  | (11) $ 0.00 |
| 12. Other. Specify: |  | (12) $ 0.00 |
| 13. Other. Specify: |  | (13) $ 0.00 |
| 14. Other. Specify: |  | (14) $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

The CM/ECF system imposes certain constraints, including limits on the number of characters that may be entered into certain fields, when filing a proof of claim. As a result of these constraints and limitations, the creditor name that appears on the bankruptcy court's claims register (and any supplemental proof of claim) may differ from the creditor name that appears on the actual proof of claim form.


Official Form 410S2  Notice of Postpetition Mortgage Fees, Expenses, and Charges  page 1
1132687-0a161cc9-6a4a-4e70-9d1f-45cecf4c56ce

Case 18-04772-TOM13    Doc    Filed 04/16/19    Entered 04/16/19 14:19:19    Desc Main
                              Document      Page 1 of 3

| Debtor 1 | Odessa | A. | Glass | Case number (if known) | 18-04772 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:
☑ I am the creditor.
☐ I am the creditor's authorized agent.   (Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Gwendolyn Carmichael McClain              Date  04/16/2019
Signature

Print: Gwendolyn Carmichael McClain              Title  VP Loan Documentation
First Name      Middle Name      Last Name

Specific Contact Information:                    Wells Fargo Bank, N.A.
P: 800-274-7025                                  MAC N9286-01Y
E: 180DayInquiries@wellsfargo.com                1000 Blue Gentian Road
                                                 Eagan, MN 55121-7700

Official Form 410S2        Notice of PostPetition Mortgage Fees, Expenses, and Charges        page 2

Case 18-04772-TOM13    Doc    Filed 04/16/19    Entered 04/16/19 14:19:19    Desc Main
1132687-0a161cc9-6a4a-4e70-9d1f-45cecf4c56ce       Document       Page 2 of 3

# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ALABAMA (Birmingham)

Chapter 13 No. 18-04772
Judge: Tamara O Mitchell

In re:
Odessa A. Glass

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on or before April 17, 2019, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

Debtor: By U.S. Postal Service First Class Mail Postage Prepaid:

Odessa A. Glass
964 41st Street Ensley
Birmingham, AL 35208

Debtor's Attorney: By U.S. Postal Service First Class Mail Postage Prepaid:

Joe S Erdberg
Jaffe & Erdberg
The Land Title Building
600 20th Street North, Suite 400
Birmingham, AL 35203

Trustee: By U.S. Postal Service First Class Mail Postage Prepaid:

Bradford W. Caraway
Chapter 13 Standing Trustee
P O Box 10848
Birmingham, AL 35202-0848

/s/ John Shelley
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)